Brian J. Mankin, Esq. [CSB No. 216228]
Misty M. Lauby, Esq. [CSB No. 243009]
Fernandez & Lauby LLP
4590 Allstate Drive
Riverside, CA 92501
Tel: (951) 320-1444
Fax: (951) 320-1445
bjm@fernandezlauby.com
mml@fernandezlauby.com

Attorneys for Plaintiffs and other similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN GARCIA, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HARKINS ADMINISTRATIVE SERVICES, INC., an Arizona Corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 5:18-cv-2314 MCS (JEMx)<br>[Assigned to the Hon. Mark C. Scarsi]<br><br>**FRCP RULE 23 CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>Hearing</u><br>Date:          November 2, 2020<br>Time:         10:00 a.m.<br>Courtroom:  7C<br><br>Complaint filed:  September 20, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 2, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located in Courtroom 7C at 350 W. First Street, Los Angeles, CA 90012, Plaintiffs Adan Garcia and Jacob Bailey will move, pursuant to FRCP Rule 23, for an order granting final approval of the class action settlement between Plaintiffs and Defendant Harkins Administrative

Services, Inc., ("Harkins" or "Defendant").  This Motion, which is supported and unopposed by Defendant, seeks final approval of a $1,200,000 settlement on behalf of the Class Members, including allocations of: (1) attorneys' fees of $300,000 (25 percent of the Gross Settlement Amount); (2) litigation costs of $18,898.02; (3) administrator costs of $12,100; (4) PAGA payment to the LWDA of $67,500; and (5) a service awards to Plaintiffs totaling $9,500.  A proposed order to this effect is filed concurrently herewith.

Specifically, Plaintiffs requests that the Court grant final approval of the settlement, as preliminarily approved by the Court, and enter the proposed order and final judgment.

Good cause exists to grant this Motion because the settlement is fair and reasonable pursuant to the criteria established to evaluate such motions.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Stipulated Settlement Agreement and Release of Claims (DE 28-2 at pg. 22, as amended by the Parties' Stipulations at DE 35, 42, and the Court's Orders at DE 36, 39, 43), Plaintiffs' concurrently filed Motion for Attorneys' Fees, Costs, and Service Award, along with supporting declarations of Brian J. Mankin, Esq., Misty Lauby, the Settlement Administrator (Cassandra Casa of Simpluris), the previously filed declaration of Plaintiff Adan Garcia (DE 28-3), the proposed Order submitted herewith, the pleadings and records on file with this Court, and on such oral and documentary evidence as may be presented at the time of hearing.

Dated:  October 12, 2020          FERNANDEZ & LAUBY LLP

                                      BY:   /s/ Brian J. Mankin, Esq.
                                              Brian J. Mankin, Esq.
                                              Attorneys for Plaintiff and the similarly situated employees