UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV18-2314 MCS (JEMx) | Date | November 2, 2020 |
| Title | *Adan Garcia v. Harkins Administrative Services, Inc. et al* | | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Brian J. Mankin

Attorney(s) Present for Defendant(s):

Janet Lynn Grumer
Evelyn Wang

**Proceedings:**  **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [45]**

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion for Final Approval of Class Action Settlement (the "Motion"). The Court questions counsel and confirms no objections to the settlement have been lodged and that there are no other agreements between the parties. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

**IT IS SO ORDERED.**