JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN GARCIA, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>HARKINS ADMINISTRATIVE SERVICES, INC., an Arizona Corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 5:18-cv-2314 MCS (JEMx)<br><br>**FINAL JUDGMENT** |

Plaintiffs' Motion for Final Approval of the Class Action Settlement (DE 45) as to the Stipulated Settlement Agreement and Release of Claims (the "Settlement Agreement") was heard on November 2, 2020 in the above-entitled Court. On January 4, 2021, the Court entered an Order Granting Final Approval of the Settlement (the "Final Order" at DE 49).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Judgment is hereby entered in accordance with the terms of the Settlement Agreement and Final Order.

2. By operation of this Judgment, and in accordance with the terms of the Settlement Agreement and Final Order, the Class Representatives and each of the Participating Class Members (excluding those who submitted a timely Request for Exclusion) shall be deemed to have fully, finally, and forever released, relinquished, and discharged all Released Claims, as defined in the Settlement Agreement. For purposes of this Judgment, the Court refers to all defined terms (i.e. terms with initial capitalization) as set forth in the Settlement Agreement.

3. This Action is ordered dismissed.

4. Without affecting the finality of this Judgment, the Court retains exclusive and continuing jurisdiction over the Action, the Class Representatives, the Class Members, and Defendant for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement and the Final Order.

**IT IS SO ORDERED.**

Dated: January 21, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE